PROSECUTOR: Paxton Montgomery
DEFENDANT: Demario Robertson
VICTIM: Michael Dale Moses

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### THEFT OF PROPERTY
### T.C.A. 39-14-103

Personally appeared before me, the undersigned **[Select one]** _X__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** __X_ he ___ she **[Select one]** ___ personally observed ___X has probable cause to believe that the defendant named above on 07/02/2024 in Davidson County, unlawfully and knowingly did obtain or exercise control over property of the value of: **[Select one]** ___ $500 or less ___ more than $500 but less than $1,000 ___ $1,000 or more but less than $10,000 __X_ $10,000 or more but less than $60,000 ___ $60,000 or more belonging to the victim, owner, named above without the said owner's effective consent, and with the intent to deprive the owner of the property and that *the probable cause is as follows*:

Officers were dispatched to 2300 8th ave s for a male black subject wearing all black was inside the parking lot with a flash light, looking through vehicles. When officers arrived, they were flagged down by a victim who stated his vehicle was broken into. The victim, who did not wish to file a report, stated that the possible suspect was hiding between two vehicles (victim points at the location.) Officers located a male black subject fitting the decription given was inside a vehicle and appeared to be sleeping. Officers noticed the vehicle's glove compartment had been forced open with content from inside the compartment scattered on the floor. The subject inside, later identified as the defendant, was asked to step out of the vehicle and was immediately detained pending further invesitgation. The defendant stated that the vehicle belonged to his "uncle," but could not provide Officers with the name of his uncle. Officers ran the vehicle plates, which came nack to a Sarah Jones. The victim was contacted and stated that her son, who attends belmont, was driving the vehicle. Officers spoke with the son of the owner, who stated that he did not give anyone permission to be inside his vehicle at any point. Officers searched the defendant, and found on his person a flash light, which officers believed to be the flash light used to look into vehicles, a key fob for an unknown Nissan, and a small bag containing an unknown powery substances consistent with cocaine. The defendant stated to police that the key fob belong to his mother. He stated that the powder was "baking soda."

The defendant was then placed inside a police vehicle, while officers continued the investigation. Officers, believing the key fob could have belong to an unknown victim of a vehicle burglary, drove around the parking lot trying to identify which, if any, vehicle the fob may belong too. Officers located a vehicle using the fob and ran the vehicle's tag. The vehicle was reported as stolen. The defendant was read Miranda. Under Miranda he stated that the fob belong to his mother. The owner of the vehicle was contacted and reported to the location to recover his vehicle. The owner of the vehicle that the defendant was located in, did not wish to prosecute. The defendant was charged with simple possession and theft of a motor vehicle.

ESignature
_____

Prosecutor: Paxton Montgomery 772946
        600 Murfreesboro Road {STATION_ASSIGNED}

        Nashville, Tennessee 37210

---

## A R R E S T   W A R R A N T

---

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Theft of Vehicle - $10,000 or > but < $60,000 C FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

1 of 2 pages

COMPLAINT NUMBER:  2024-0437722          WARRANT NUMBER:  GS1038709

PROSECUTOR: Paxton  Montgomery
DEFENDANT:  Demario  Robertson
VICTIM:          Michael Dale Moses


Sworn to and subscribed before me on 07/02/2024 11:25:17.

_____

John Richard Manson
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without
being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon
petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records
relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0417132  WARRANT NUMBER: GS1045435

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM: Logan D Blackfan

## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
Theft of Property- >$1,000 but < $2,500
39-14-103

Personally appeared before me, the undersigned, **[Select one]** __X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __X_ she **[Select one]** ___ personally observed __X_ has probable cause to believe that the defendant named above on 06/22/2024 in Davidson County, *did unlawfully* Theft of Property- >$1,000 but < $2,500 and that *the probable cause is as follows*:

Overnight on 06/22/2024 to 06/23/2024 the victim, Mr. Logan Blackfan's, vehicle was stolen from 118 Fern Ave located in Nashville, TN. Mr. Blackfan's vehicle is a 2018 Toyota 4Runner, gray in color, with black rims and a white "S" sticker in the rear passenger side window. Mr. Blackfan stated that no one had permission to drive his vehicle or be in possession of his vehicle.
  After reviewing camera footage, officers were able to locate Mr. Blackfan's vehicle abandoned at 934 McFerrin Ave and it was recovered by officers. During the recovery, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024.Detectives disseminated photos of the suspect, and received an identification of Demario Robertson, the defendant.
  Mr. Blackfan advised when his vehicle was stolen he had a laptop, Apple MacBook Pro, and Apple Airpods, shoes, golf clubs, sunglasses, and a duffle bag inside the vehicle, which was not located after the vehicle was recovered. Mr. Blackfan stated these items were worth approx. $2,400.00.

Prosecutor: Lynsey D Fish 4001080

---

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Theft of Property- >$1,000 but < $2,500 E FELONY, as aforesaid, has been committed and charging the defendant,thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court, of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:05:40.

Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0417132      WARRANT NUMBER: GS1045436

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:       Logan D Blackfan



## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### THEFT OF PROPERTY
### T.C.A. 39-14-103

Personally appeared before me, the undersigned **[Select one]** _X__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __X__ she **[Select one]** ___ personally observed __X__ has probable cause to believe that the defendant named above on 06/22/2024 in Davidson County, unlawfully and knowingly did obtain or exercise control over property of the value of: **[Select one]** ___ $500 or less ___ more than $500 but less than $1,000 ___ $1,000 or more but less than $10,000 __X_ $10,000 or more but less than $60,000 ___ $60,000 or more belonging to the victim, owner, named above without the said owner's effective consent, and with the intent to deprive the owner of the property and that *the probable cause is as follows*:

Deprived the victim of his 2018 Toyota 4Runner, VIN JTEBU5JR8J5588687, which is listed as worth approx. $28,000.00. Overnight on 06/22/2024 to 06/23/2024 the victim, Mr. Logan Blackfan's, vehicle was stolen from 118 Fern Ave located in Nashville, TN. Mr. Blackfan's vehicle is a 2018 Toyota 4Runner, gray in color, with black rims and a white "S" sticker in the rear passenger side window. Mr. Blackfan stated that no one had permission to drive his vehicle or be in possession of his vehicle.

      After reviewing camera footage, officers were able to locate Mr. Blackfan's vehicle abandoned at 934 McFerrin Ave and it was recovered by officers. During the recovery, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024. Detectives disseminated photos of the suspect, and received an identification of Demario Robertson, the defendant.

_____
Prosecutor: Lynsey D Fish 4001080

---

### A R R E S T   W A R R A N T

---

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Theft of Vehicle - $10,000 or > but < $60,000 C FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:06:47.

_Steve Holzapfel_
Steve Holzapfel    Judicial Magistrate
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0418754          WARRANT NUMBER: GS1045442

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:     Chase R Myers



## STATE OF TENNESSEE, COUNTY OF DAVIDSON
## AFFIDAVIT
Theft of Property- $1,000 or less
39-14-103*15

Personally appeared before me, the undersigned **[Select one]** __X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he _X__ she **[Select one]** ___ personally observed _X__ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, knowingly did obtain or exercise control over property of the value of: **[Select one]** __X_ $1,000 or less ___ more than $1,000 but less than $2,500 ___ $2,500 or more but less than $10,000 ___ $10,000 or more but less than $60,000 ___ $60,000 or more but less than $250,000 ___ $250,000 or more belonging to the victim, owner, named above without the said owner's effective consent, and with the intent to deprive the owner of the property. *The probable cause is as follows:*

Between the hours of 1354 and 1515 on 06/23/2024, Mr. Chase Myers advised that his vehicle was parked at 1931 Greenwood Ave. During that time a black bag, filled with gym equipment, including two pairs of gym shoes had been taken from inside his vehicle. Mr. Myers stated that no one had permission to be inside his vehicle during that time and that the items taken was worth approx. $700.00.

During the recovery of a Toyota 4Runner, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024. Detectives recovered Mr. Myers gym bag with equipment from the property located inside the vehicle.

Prosecutor: Lynsey D Fish    4001080

## A R R E S T   W A R R A N T

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Theft of Property- $1,000 or less A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:13:14.

Steve Holzapfel

Steve Holzapfel Magistrate
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:    Daniel A Tashian



STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
Theft of Property- >$1,000 but < $2,500
39-14-103

Personally appeared before me, the undersigned, **[Select one]** _X__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __X_ she **[Select one]** ___ personally observed __X__ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, *did unlawfully* Theft of Property- >$1,000 but < $2,500 and that *the probable cause is as follows*:

At approx. 1500 hours on 06/23/2024, Mr. Daniel Tashian had parked his vehicle at 918 Cahal Ave. Mr. Tashian stated that he had discovered that his car had been entered without permission and his CPAP machine had been taken from out of the vehicle. Mr. Tashian advised that the CPAP machine was approx. worth $1,200.00.

During the recovery of a Toyota 4Runner, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024. Detectives recovered Mr. Tashian's CPAP machine from the property located inside the vehicle.

Camera footage of the suspect abandoning the stolen vehicle before it was recovered was collected and reviewed. Detectives disseminated photos of the suspect collected from camera footage of the vehicle recovery, and received an identification of Demario Robertson, the defendant.

Prosecutor: Lynsey D Fish    4001080

## A R R E S T   W A R R A N T

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Theft of Property- >$1,000 but < $2,500 E FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:15:21.

Steve Holzapfel
Judicial Magistrate
Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0417093          WARRANT NUMBER: GS1045438

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:      Andrew C Montgomery



STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
Burglary-Motor Vehicle
39-13-1002(a)(4)

Personally appeared before me, the undersigned, **[Select one]** _X__ Commissioner, ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that        **[Select one]** ___ he __X__ she **[Select one]** ___ personally observed _X__ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, without the effective consent of the property owner, did enter the **[Select one]** ___ freight car ___ passenger car ___ automobile ___ truck ___ trailer __X__ motor vehicle ___ boat ___ airplane of the victim named above **[Select one]** ___ with the intent to commit ___ and did commit or attempt to commit, **[Select one]** ___ a felony ✓ a theft ___ an assault.
***The probable cause is as follows:***

At approx. 1315 hours on 06/23/2024, Mr. Andrew Montgomery's vehicle was parked at 937 Delmas Ave. Mr. Montgomery stated that camera footage at the location had captured a gray Toyota, with black rims and a "S" sticker located on the back window, park near his vehicle. A male, black, wearing a black shirt, black pants, and black shoes exits a Toyota 4Runner and enters Mr. Montgomery's vehicle without permission. Mr. Montgomery reported no property had been taken.

        The Toyota 4Runner was identified as a stolen vehicle from earlier in the day and was recovered later in the day. Camera footage of the suspect exiting the vehicle before it was recovered matched the description of the suspect entering Mr. Montgomery's vehicle. Detectives disseminated photos of the suspect collected from camera footage of the vehicle recovery, and received an identification of Demario Robertson, the defendant.

Prosecutor: Lynsey D Fish    4001080

### ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Burglary – Motor Vehicle E FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:07:56.

Steve Holzapfel
Steve Judicial Magistrate
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

1 of 1 pages    ORIGINAL

COMPLAINT NUMBER: 2024-0418754    WARRANT NUMBER: GS1045441

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:    Chase R Myers



## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
### Burglary-Motor Vehicle
### 39-13-1002(a)(4)

Personally appeared before me, the undersigned, [Select one] _X_ Commissioner, ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] ___ he _X_ she [Select one] ___ personally observed _X_ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, without the effective consent of the property owner, did enter the [Select one] ___ freight car ___ passenger car ___ automobile ___ truck ___ trailer _X_ motor vehicle ___ boat ___ airplane of the victim named above [Select one] ___ with the intent to commit ___ and did commit or attempt to commit, [Select one] ___ a felony ___ a theft ___ an assault. *The probable cause is as follows:*

Between the hours of 1354 and 1515 on 06/23/2024, Mr. Chase Myers advised that his vehicle was parked at 1931 Greenwood Ave. During that time a black bag, filled with gym equipment, including two pairs of gym shoes had been taken from inside his vehicle. Mr. Myers stated that no one had permission to be inside his vehicle during that time and that the items taken was worth approx. $700.00.

    During the recovery of a Toyota 4Runner, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024. Detectives recovered Mr. Myers gym bag with equipment from the property located inside the vehicle.

_____
Prosecutor: Lynsey D Fish   4001080

## ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Burglary – Motor Vehicle E FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:12:13.

*Steve Holzapfel*
*Judicial Magistrate*
_____
Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

1 of 1 pages    ORIGINAL

COMPLAINT NUMBER: 2024-0418836      WARRANT NUMBER: GS1045443

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:     Daniel A Tashian



## STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
Burglary-Motor Vehicle
39-13-1002(a)(4)

Personally appeared before me, the undersigned, **[Select one]** _X__ Commissioner, ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __X_ she **[Select one]** ___ personally observed __X_ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, without the effective consent of the property owner, did enter the **[Select one]** ___ freight car ___ passenger car ___ automobile ___ truck ___ trailer __X_ motor vehicle ___ boat ___ airplane of the victim named above **[Select one]** ___ with the intent to commit ___ and did commit or attempt to commit, **[Select one]** ___ a felony __X_ a theft ___ an assault. ***The probable cause is as follows:***

At approx. 1500 hours on 06/23/2024, Mr. Daniel Tashian had parked his vehicle at 918 Cahal Ave. Mr. Tashian stated that he had discovered that his car had been entered without permission and his CPAP machine had been taken from out of the vehicle. Mr. Tashian advised that the CPAP machine was approx. worth $1,200.00.

During the recovery of a Toyota 4Runner, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024. Detectives recovered Mr. Tashian's CPAP machine from the property located inside the vehicle.

Camera footage of the suspect abandoning the stolen vehicle before it was recovered was collected and reviewed. Detectives disseminated photos of the suspect collected from camera footage of the vehicle recovery, and received an identification of Demario Robertson, the defendant.

Prosecutor: Lynsey D Fish    4001080

## A R R E S T   W A R R A N T

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Burglary – Motor Vehicle E FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:14:26.

*Steve Holzapfel*
*Judicial Magistrate*
Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0417093    WARRANT NUMBER: GS1045440

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:    Vanderbilt Police Department



Jail

### STATE OF TENNESSEE, COUNTY OF DAVIDSON
### AFFIDAVIT
Theft of Property- $1,000 or less
39-14-103*15

Personally appeared before me, the undersigned **[Select one]** __X_ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** ___ he __X_ she **[Select one]** ___ personally observed __X_ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, knowingly did obtain or exercise control over property of the value of: **[Select one]** __X_ $1,000 or less ___ more than $1,000 but less than $2,500 ___ $2,500 or more but less than $10,000 ___ $10,000 or more but less than $60,000 ___ $60,000 or more but less than $250,000 ___ $250,000 or more belonging to the victim, owner, named above without the said owner's effective consent, and with the intent to deprive the owner of the property. *The probable cause is as follows:*

At approx. 1415 hours on 06/23/2024, Mr. Kevin Oliver Sr., had parked his vehicle at 1206 Howard Ave. Mr. Oliver stated that he had equipment issued from his employer, Vanderbilt Police Department, inside his vehicle, which included a patrol bag, fluorescent rain gear, and ASP Handcuffs and holder, and a traffic vest. Mr. Oliver stated that no one had permission to be inside this vehicle at that time. Mr. Oliver provided camera footage showing his vehicle parked with the door shut at 1415 hours before he leaves his residence. The camera footage cuts out then starts again at 1420 hours, showing Mr. Oliver's vehicle door open and a gray Toyota, with a white sticker in the rear passenger window and black rims, driving past the residence.

    The Toyota 4Runner was identified as a stolen vehicle from earlier in the day and was recovered later in the day. Camera footage of the suspect exiting the vehicle before it was recovered matched the description of the suspect entering Mr. Oliver's vehicle. Detectives disseminated photos of the suspect collected from camera footage of the vehicle recovery, and received an identification of Demario Robertson, the defendant.

    During the recovery, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024. Detectives recovered Mr. Oliver's work equipment from the property located inside the vehicle.

_____
Prosecutor: Lynsey D Fish    4001080

---

### A R R E S T  W A R R A N T

---

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Theft of Property- $1,000 or less A MISD, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:26:50.

_Steve Holzapfel_
_____
Steve Holzapfel Judicial Magistrate
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0417093     WARRANT NUMBER: GS1045440

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:     Vanderbilt Police Department

COMPLAINT NUMBER: 2024-0417093          WARRANT NUMBER: GS1045439

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:     Kevin Oliver Sr



STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
Burglary-Motor Vehicle
39-13-1002(a)(4)

Personally appeared before me, the undersigned, [Select one] __X_ Commissioner, ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] ___ he _X_ she [Select one] ___ personally observed __X_ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, without the effective consent of the property owner, did enter the [Select one] ___ freight car ___ passenger car ___ automobile ___ truck ___ trailer _X__ motor vehicle ___ boat ___ airplane of the victim named above [Select one] ___ with the intent to commit ___ and did commit or attempt to commit, [Select one] ___ a felony ___ a theft ___ an assault.
*The probable cause is as follows:*

At approx. 1415 hours on 06/23/2024, Mr. Kevin Oliver Sr., had parked his vehicle at 1206 Howard Ave. Mr. Oliver stated that he had equipment issued from his employer, Vanderbilt Police Department, inside his vehicle, which included a patrol bag, fluorescent rain gear, and ASP Handcuffs and holder, and a traffic vest. Mr. Oliver stated that no one had permission to be inside this vehicle at that time. Mr. Oliver provided camera footage showing his vehicle parked with the door shut at 1415 hours before he leaves his residence. The camera footage cuts out then starts again at 1420 hours, showing Mr. Oliver's vehicle door open and a gray Toyota, with a white sticker in the rear passenger window and black rims, driving past the residence.
    The Toyota 4Runner was identified as a stolen vehicle from earlier in the day and was recovered later in the day. Camera footage of the suspect exiting the vehicle before it was recovered matched the description of the suspect entering Mr. Oliver's vehicle. Detectives disseminated photos of the suspect collected from camera footage of the vehicle recovery, and received an identification of Demario Robertson, the defendant.
    During the recovery, officers located a large amount of property inside the vehicle. After identifying the property an connecting it with its respective owners, it was discovered that all items had been taken in vehicle burglaries on 06/23/2024. Detectives recovered Mr. Oliver's work equipment from the property located inside the vehicle.

Prosecutor: Lynsey D Fish    4001080

ARREST WARRANT

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Burglary – Motor Vehicle E FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.
Sworn to and subscribed before me on 09/04/2024 19:09:05.
Steve Holzapfel
Judicial Magistrate
Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0417390          WARRANT NUMBER: GS1045446

PROSECUTOR: Lynsey D Fish
DEFENDANT: Demario Robertson
VICTIM:        Maria A Garcia Ramirez



## STATE OF TENNESSEE, COUNTY OF DAVIDSON
## AFFIDAVIT
### THEFT OF PROPERTY
### T.C.A. 39-14-103

Personally appeared before me, the undersigned [Select one] _X__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that [Select one] ___ he _X__ she [Select one] ___ personally observed _X__ has probable cause to believe that the defendant named above on 06/23/2024 in Davidson County, unlawfully and knowingly did obtain or exercise control over property of the value of: [Select one] ___ $500 or less ___ more than $500 but less than $1,000 ___ $1,000 or more but less than $10,000 __X_ $10,000 or more but less  than $60,000 ___ $60,000 or more belonging to the victim, owner, named above without the said owner's effective consent, and with the intent to deprive the owner of the property and that *the probable cause is as follows*:

Depriving the victim of her 2021 Chevy Traverse, VIN 1GNERFKW1MJ136595, which is listed as worth approx. $25,000.00.
At approx. 1642 hours on 06/23/2024, Ms. Maria Garcia Ramirez had parked her vehicle, a 2021 black Chevrolet Traverse, at 934 McFerrin Ave. Ms. Garcia Ramirez and her husband had gone inside the location to work and had exited the building when she heard her vehicle start. Ms. Garcia Ramirez stated she saw a male, black drive her vehicle away from the location. Ms. Garcia Ramirez stated that the suspect did not have permission to take her vehicle. Officers were able to collect video footage of the incident showing Ms. Garcia Ramirez's, vehicle, a male, black, wearing a black shirt, black pants, and black shoes, exit the driver's door and walk over to the Chevy Traverse. The suspect then returns to the Toyota and parks it a couple houses down. The suspect then walks over to the Chevy Traverse, enters the vehicle, and drives away.
     After reviewing camera footage, officers were able to locate the Toyota 4Runner abandoned at 934 McFerrin Ave and it was recovered by officers. Detectives disseminated photos of the suspect collected from camera footage of the vehicle recovery, and received an identification of Demario Robertson, the defendant.

_____
Prosecutor: Lynsey D Fish 4001080

_____

## A R R E S T   W A R R A N T

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of  Theft of Vehicle - $10,000 or > but < $60,000 C FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

Sworn to and subscribed before me on 09/04/2024 19:17:51.

_____
Steve Holzapfel
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

COMPLAINT NUMBER: 2024-0437722      WARRANT NUMBER: GS1038709

PROSECUTOR: Paxton Montgomery
DEFENDANT: Demario Robertson
VICTIM:      Michael Dale Moses



STATE OF TENNESSEE, COUNTY OF DAVIDSON
AFFIDAVIT
**THEFT OF PROPERTY**
T.C.A. 39-14-103

Personally appeared before me, the undersigned **[Select one]** _X__ Commissioner ___ Metropolitan General Sessions Judge, the prosecutor named above and made oath in due form of law that **[Select one]** __X__ he ___ she **[Select one]** ___ personally observed ___X has probable cause to believe that the defendant named above on 07/02/2024 in Davidson County, unlawfully and knowingly did obtain or exercise control over property of the value of:  **[Select one]** ___ $500 or less ___ more than $500 but less than $1,000 ___ $1,000 or more but less than $10,000 __X__ $10,000 or more but less than $60,000 ___ $60,000 or more belonging to the victim, owner, named above without the said owner's effective consent, and with the intent to deprive the owner of the property and that *the probable cause is as follows*:

Officers were dispatched to 2300 8th ave s for a male black subject wearing all black was inside the parking lot with a flash light, looking through vehicles. When officers arrived, they were flagged down by a victim who stated his vehicle was broken into. The victim, who did not wish to file a report, stated that the possible suspect was hiding between two vehicles (victim points at the location.) Officers located a male black subject fitting the decription given was inside a vehicle and appeared to be sleeping. Officers noticed the vehicle's glove compartment had been forced open with content from inside the compartment scattered on the floor. The subject inside, later identified as the defendant, was asked to step out of the vehicle and was immediately detained pending further invesitgation. The defendant stated that the vehicle belonged to his "uncle," but could not provide Officers with the name of his uncle. Officers ran the vehicle plates, which came nack to a Sarah Jones. The victim was contacted and stated that her son, who attends belmont, was driving the vehicle. Officers spoke with the son of the owner, who stated that he did not give anyone permission to be inside his vehicle at any point. Officers searched the defendant, and found on his person a flash light, which officers believed to be the flash light used to look into vehicles, a key fob for an unknown Nissan, and a small bag containing an unknown powery substances consistent with cocaine. The defendant stated to police that the key fob belong to his mother. He stated that the powder was "baking soda."

The defendant was then placed inside a police vehicle, while officers continued the investigation. Officers, believing the key fob could have belong to an unknown victim of a vehicle burglary, drove around the parking lot trying to identify which, if any, vehicle the fob may belong too. When officers located a vehicle using the fob and ran the vehicle's tag. The vehicle was reported as stolen. The defendant was read Miranda. Under Miranda he stated that the fob belong to his mother. The owner of the vehicle was contacted and reported to the location to recover his vehicle. The owner of the vehicle that the defendant was located in, did not wish to prosecute. The defendant was charged with simple possession and theft of a motor vehicle.

ESignature

Prosecutor: Paxton Montgomery 772946
              600 Murfreesboro Road {STATION_ASSIGNED}

Nashville, Tennessee 37210

---

### A R R E S T   W A R R A N T

Information on oath having been made, that on the day and year aforesaid, and in the County aforesaid, the offense of Theft of Vehicle - $10,000 or > but < $60,000 C FELONY, as aforesaid, has been committed and charging the defendant thereof, you are therefore commanded, in the name of the State, forthwith to arrest and bring the defendant before a judge of the Court of General Sessions of Davidson County, Tennessee, to answer the above charge.

1 of 2 pages      ORIGINAL

COMPLAINT NUMBER: 2024-0437722        WARRANT NUMBER: GS1038709

PROSECUTOR: Paxton Montgomery
DEFENDANT: Demario Robertson
VICTIM:        Michael Dale Moses

Sworn to and subscribed before me on 07/02/2024 11:25:17.

_____
John Richard Manson
Judge of the Metropolitan General Sessions Court/Commissioner

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle prosequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

2 of 2 pages      ORIGINAL

**State of Tennessee vs.:**

Defendant's Name: Demario Robertson

Case Number(s):          Amount of Bond(if any): Applicable Conditions(see below): Tot Bond Amt:$26,500.00

| Case Number | Amount of Bond | | | | | | |
|---|---|---|---|---|---|---|---|
| GS1038708 | $1,500.00 | | | 3 | | | |
| GS1038709 | $25,000.00 | | | | | 5 | |

### Conditions of Release Order

After considering relevant information, the charges and the factors enumerated in T.C.A. §§40-11-115(b) and 40-11-118(b)
**it is ORDERED** that the defendant named above SHALL be released on the above identified charges upon meeting the following
**(See above for the <u>one</u> category that applies per charge and fill in relevant bond amounts if applicable):**

1. Pursuant to T.C.A. § 40-11-115(a) the defendant shall be released on his own recognizance.

2. Pursuant to T.C.A. § 40-11-115(a) the defendant shall be released upon executing an unsecured bond in the total amount of <u>$26,500.00</u> (amounts per charge are listed above).

3. Pursuant to T.C.A. § 40-11-116(b) the defendant shall be released upon meeting either of the following conditions:

    (1) Posting a secured bond pursuant to T.C.A. § 40-11-122 in the total amount of <u>$26,500.00</u>, (amounts per charge are listed above) or

    (2) Upon being accepted by the Pre-Trial Services Department for supervision; should the department accept the defendant into their program no bond will be required, and the Department shall maintain close contact with the defendant, assist the defendant in making arrangements to appear in Court, and, where appropriate, accompany the defendant to Court.

4. Pursuant to T.C.A. § 40-11-116(b)(1) the defendant shall be released to the care of the Pre-Trial Services Department who shall maintain close contact with the defendant, assist the defendant in making arrangements to appear in Court, and, where appropriate, accompany the defendant to Court.

5. Pursuant to T.C.A. § 40-11-116(b), 117 and 118 no form of release other than posting a secured bond is appropriate. A secured bond will be posted in the total amount of <u>$26,500.00</u> (amounts per charge are listed above).

6. Pursuant to T.C.A. § 40-11-102 the defendant shall not be released at this time. A hearing regarding conditions of release and bond shall be held in an expeditious manner in the General Sessions or Criminal Court of Davidson County.

Other conditions of release as follows:

Other conditions of release may be ordered, pursuant to T.C.A. § 40-11-150 (see attached Domestic Violence Order if applicable).

Hereby ordered this the 2nd, day of July 2024.

_____
Magistrate John RichardManson

For ADA accommodations please contact Dehma
Aguilar at 862-8335 or Gina Fox at 862-5199
cc: Clerk, Pretrial, Sheriff, Defendant
G.S. Ct. 01-024 Conditions of Release Order 02-28-02


[9/25/2024]

Honorable Judge [Judge's Todd]

[408 2nd Ave. North #2120]

[Nashville, Tennessee 37201]

RE: Motion for Bond Reduction for Demario Robertson and Assertion of Constitutional Rights

Your Honor,

I am writing as legal counsel for Demario Robertson in the matter of his current bond, which we are respectfully requesting to be reduced. We believe that a bond reduction is warranted in this case, taking into consideration Mr. Robertson's circumstances and his constitutional rights.

It is our position that the current bond amount set for Mr. Robertson is excessive and is causing undue hardship on him and his family. We respectfully request that the bond be reduced to a more reasonable amount that aligns with the spirit of fairness and justice.

Moreover, we wish to assert that Mr. Robertson is entitled to certain constitutional rights, including the right to reasonable bail as guaranteed by the Eighth Amendment of the United States Constitution. We believe that a reduced bond amount will still ensure Mr. Robertson's appearance in court while also recognizing his constitutional rights.

In light of the above, we respectfully request that this motion for bond reduction for Demario Robertson be seen.

Demario:Robertson,BENE.

Respectfully submitted,


[Jonah Phillips EL]


[705 Drexel St.]


[Nashville, Tennessee 37203]

931-220-6251
[~~6152042123~~]

Demario: Robertson, BENE.

[Nashville, Tennessee 37203]

931 - 220-6251
[6152942123]

[9/25/2024]

**RE: MOTION FOR SELF-REPRESENTATION WITH ASSISTANCE OF COUNSEL**

**Case Name: [State v. Demario Robertson] **

**Case Number: [GS1038709]** GS1045435, GS1045436, GS1045438, GS1045439
GS1045440, GS1045441, GS1045442, GS1045443, GS1045444,
GS1045445, GS1045446
Honorable Judge [Judge's Todd],

Comes now, Demario Robertson, the Defendant in the above-entitled case, and hereby moves this Honorable Court for permission to proceed pro se with the assistance of counsel, Jonah Phillips, pursuant to his constitutional rights.

**I. STATEMENT OF FACTS**

1. Demario Robertson is currently represented by [Hassler, Spencer Mearl] in the above-entitled case.

2. The Defendant wishes to exercise his constitutional right to self-representation and represent himself in this matter.

3. The Defendant seeks the assistance of counsel, Jonah Phillips, to provide guidance and support throughout the proceedings.

2. The Supreme Court has held that a defendant has the right to represent himself in a criminal trial if he knowingly and voluntarily waives his right to counsel.

3. The assistance of counsel, Jonah Phillips, will ensure that the Defendant's constitutional rights are protected while he represents himself in this matter.

**III. PRAYER FOR RELIEF**

WHEREFORE, Defendant Demario Robertson respectfully requests that this Honorable Court grant the motion for self-representation with the assistance of counsel, Jonah Phillips, and allow the Defendant to proceed pro se in this case.

Respectfully submitted,

[Jonah Phillips EL]

[705 Drexel St.]

[Nashville, Tennessee 37203]

931-2206251
[6152942123]

Demario: Robertson, BENE.

[Nashville, Tennessee 37203]

931-220-6251
[6152942123]


[7/25/2024]


**RE: MOTION FOR SPEEDY TRIAL**


**Case Name: [State v. Demario Robertson] **


**Case Number: [GS1038709] **
GS1045435, GS1045436, GS1045438, GS1045439
GS1045440, GS1045441, GS1045442, GS1045443,
Honorable Judge [Jim Todd], GS1045444, GS1045445, GS1045446


Comes now, Demario Robertson, the Defendant in the above-entitled case, through
undersigned counsel, and hereby moves this Honorable Court for a speedy trial
pursuant to the Sixth Amendment of the United States Constitution and the principles of
due process.


**I. STATEMENT OF FACTS**

7-2-2024
1. Demario Robertson was arrested on [Date of Arrest] and has been in custody
awaiting trial since then.


2. The delay in bringing this case to trial has caused significant prejudice to the
Defendant, including [briefly mention any specific instances of prejudice, such as loss of
employment, emotional distress, etc.].

3. The delay in bringing this case to trial has violated the Defendant's constitutional right to a speedy trial and due process.

**III. PRAYER FOR RELIEF**

WHEREFORE, Defendant Demario Robertson respectfully requests that this Honorable Court grant the motion for a speedy trial and set this case for trial at the earliest possible date.

Respectfully submitted,

[Jonah Phillips EL]

[705 Drexel St.]

[Nashville,TN 37203]

931-220-6251
[6152942123]